

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
PAM ESTES

# TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/14/2015 1:59:32 PM

PAM ESTES
Clerk

September 8, 2015

Ms. Reba Squyres
District Clerk
Angelina County
P. O. Box 908
Lufkin, TX 75902-0908
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:          12-14-00112-CR
          Trial Court Case Number:   2012-0431

**Style:**   Calvin Louise Rushing
            v.
            The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

C  Mr. John D. Reeves (DELIVERED VIA E-MAIL)
C  Mr. Art Bauereiss (DELIVERED VIA E-MAIL)
:

Mandate executed on 14TH day of SEPTEMBER, 2015.

Brief explanation of action taken: FILE STAMPED AND ENTERED

ROBIN J. CRAIN DEPUTY District Clerk



1517 WEST FRONT STREET  •  SUITE 354  •  TYLER, TX 75702  •  TEL: 903-593-8471  •  FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us